IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| LEONARD GARFIELD YOUNG, | ) | |
|---|---|---|
| Petitioner, | ) | Civil Action No. 2:19-cv-463 |
| v. | ) | Judge Joy Flowers Conti |
| | ) | Magistrate Judge Patricia L. Dodge |
| COMMONWEALTH OF PENNSYLVANIA, | ) | |
| Respondent. | ) | |

**MEMORANDUM ORDER**

On April 24, 2019, the Court received a petition for a writ of habeas corpus from the petitioner, Leonard Garfield Young, who is a prisoner at the Allegheny County Jail. The petition was lodged, but not filed, because petitioner did not pay the $5.00 filing fee or a motion for leave to proceed *in forma pauperis*. This case was referred to a United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Local Rules for Magistrate Judges. On July 24, 2019, the magistrate judge issued a Report and Recommendation (ECF No. 5) in which she recommended that this habeas action be dismissed for failure to prosecute because the petitioner did not respond to several orders that advised him that he must pay the filing fee or file a motion for leave to proceed *in forma pauperis*.

The petitioner's objections to the Report and Recommendation were due by August 12, 2019. He did not file any objections. After *de novo* review of the petition and documents in this case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 4th day of September, 2019;

IT IS HEREBY ORDERED that this habeas action is dismissed for failure to prosecute. The Report and Recommendation (ECF No. 5) of Magistrate Judge Patricia L. Dodge, filed on July 24, 2019, is adopted as the opinion of the court.

The Clerk is directed to mark this case CLOSED.

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Judge